```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
RON SHILO and JACK WOLF,

                Plaintiffs,

    - against -

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY,

                Defendant.
-----------------------------------X

**O R D E R**

07 Civ. 7868 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 180 days.

DATED:    New York, New York
           June 19, 2008

                        NAOMI REICE BUCHWALD
                       UNITED STATES DISTRICT JUDGE